1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL NOAH SPOHN,

11          Plaintiff,                    No. 2:12-cv-0796 JAM DAD P

12          vs.

13   NUMEROUS TRINITY COUNTY
     SHERIFF'S DEPARTMENT
14   DEPUTY'S, etc.,

15          Defendants.                   FINDINGS & RECOMMENDATIONS

16   _____/

17          By order filed September 27, 2012, plaintiff's complaint was dismissed and thirty

18   days leave to file an amended complaint was granted.  Thirty days from that date have now

19   passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's

20   order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

25   one days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED: November 12, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
spoh0796.fta